# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 76 EAL 2016

           Respondent   :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

          v.   :

MICHAEL REIVES,   :

           Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.